

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jonathan Hobson, Jr.,

\* From the 29th District Court of Palo Pinto County, Trial Court No. C50323.

Vs. No. 11-24-00060-CV

\* September 18, 2025

Commissioners Court of Palo Pinto County, Texas; County Judge Shane Long; Commissioner Gary Glover; Commissioner Mike Reed; Commissioner Mike Pierce; Commissioner Jeff Fryer; Alfred Ezell; and Kim Ezell,

\* Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jonathan Hobson, Jr.